PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 12CR01871-005-H |
| DOCKET NUMBER (Rec. Court) | 1:15-CR-00101-LJO |

LODGED
APR - 6 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Javier Rodriguez [address redacted] | Southern California | San Diego |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Marilyn L. Huff, U.S. District Judge |

| DATES OF Supervised Release | FROM | TO |
|---|---|---|
| | January 16, 2015 | January 15, 2018 |

**OFFENSE**

21 U.S.C. §§ 846 and 841(a)(1): Conspiracy to Manufacture and Cultivate Marijuana

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 3/9/15

_____
Marilyn L. Huff
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

_____        _____
Effective Date                                      United States District Judge