UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| Honorable Lawrence J. O'Neill | **RE:  Javier Rodriguez** |
|---|---|
| Chief United States District Judge | **Docket Number:   1:15CR00101-001** |
| Fresno, California | <u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Javier Rodriguez is requesting permission to travel to Tijuana, B.C., Mexico. Javier Rodriguez is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 23, 2016, Javier Rodriguez was sentenced in the Southern District of California for the offense of 21 USC 846 and 841(a)(1), Conspiracy to Cultivate and Manufacture Marijuana. Special Conditions: 1) Search; 2) Do not enter the Republic of Mexico without permission of Court or probation officer; 3) Report all vehicles owned or operated; 4) Participate in Drug/Alcohol treatment and testing; 5) Resolve all warrants within 60 days.

**Sentence Imposed:**   37 Months in the Bureau of Prisons, 3 Years Supervised Release, $100 Special Assessment, DNA, No Firearms.

**Dates and Mode of Travel:**   September 2, 2016, through September 5, 2016. He will be traveling in his personal vehicle, a Dodge Ram pickup (license plate: 6Z34371).

**Purpose:**  Visit family.

**RE:** Javier Rodriguez
       Docket Number:  0972 1:15CR00101-001
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Laura Del Villar

LAURA DEL VILLAR
United States Probation Officer

Dated:   August 12, 2016
         Visalia, California

                          /s/Yasmin Villegas
**REVIEWED BY:**   YASMIN VILLEGAS
                   Sr. United States Probation Officer

## ORDER OF THE COURT

☒      Approved        ☐      Disapproved

**Date: 8/19/2016**           ___/s/ Lawrence J. O'Neill_____
                              **Chief Judge Lawrence J. O'Neill**